AO 245D   (Rev. 10/17) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Clarence Lewis Holmes | Case Number: 12-CR-035-001-GKF |
| | USM Number: 11866-062 |
| | Andrew Casey |
| | Defendants Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) mandatory, special, and modified of the term of supervision.

☐ was found in violation of condition(s)     after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition #3 | Used drugs and tested positive for amphetamines and cocaine | September 11, 2020 |
| Special Condition #1 | Failed to appear for testing and treatment | September 29, 2020 |
| Modified Condition | Failed to appear to jail sanction | September 18, 2020 |
| Mandatory Condition #1 | New law violation | October 14, 2020 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Act of 1984.

☐ The defendant has not violated condition(s)     and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States attorney of material changes in economic circumstances.

September 14, 2022
Date of Imposition of Judgment

*/s/ Gregory K. Frizzell*
Signature of Judge

Honorable Gregory K. Frizzell, United States District Judge
Name and Title of Judge

September 14, 2022
Date

AO 245D   (Rev. 10/17) Judgment in Criminal Case for Revocations
Sheet 2 — Imprisonment

DEFENDANT: Clarence Lewis Holmes
CASE NUMBER: 12-CR-035-001-GKF

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Twenty-four months.

☒ The Court makes the following recommendations to the Bureau of Prisons: The defendant be placed in a facility that will allow him the opportunity to participate in the most comprehensive drug treatment program available during his period of incarceration. The Court recommends that the defendant be placed in a facility as close to Oklahoma as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
UNITED STATES MARSHAL

By

_____
DEPUTY UNITED STATES MARSHAL